IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| CLAUDEAN LACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:12-cv-00101 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Claudean Lackey's Motion for Judgment on the Pleadings ("Motion") (Doc. No. 15), filed with a Memorandum in Support (Doc. No. 16). Defendant Commissioner of Social Security filed a Response (Doc. No. 22), to which Plaintiff filed a Reply (Doc. No. 23). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending the Motion be denied and the decision of the Commissioner be affirmed. (Doc. No. 32 at 34.) The Report was filed on April 1, 2014, and provided a period of fourteen days during which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 28th day of May, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT